No. 86–6704.   GOLDBERG v. MERIT SYSTEMS PROTECTION
BOARD.   C. A. Fed. Cir.   Certiorari denied.

No. 86–6726.   HEMPHILL v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 86–6733.   STANDRIDGE v. UNITED STATES.   C. A. 11th
Cir.   Certiorari denied.

No. 86–6734.   SANDINI v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 86–6743.   ALEGRIA-VALENCIA v. UNITED STATES.   C. A.
5th Cir.   Certiorari denied.

No. 86–6749.   TATE v. UNITED STATES.   C. A. 1st Cir.   Cer-
tiorari denied.

No. 86–6752.   JAQUEZ v. UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 85–1877.   AZL RESOURCES, INC. v. MARGARET HALL
FOUNDATION, INC., ET AL.   C. A. 1st Cir.   Certiorari denied.
JUSTICE WHITE and JUSTICE POWELL would grant certiorari.

No. 86–1468.   BSP INVESTMENT & DEVELOPMENT, LTD. v.
UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   JUSTICE
WHITE would grant certiorari.

No. 86–6451.   WEST v. TEXAS.   Ct. Crim. App. Tex; and
No. 86–6723.   COOKS v. OKLAHOMA.   Ct. Crim. App. Okla.
Certiorari denied.   Reported below: No. 86–6451, 720 S. W.
2d 511.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circum-
stances cruel and unusual punishment prohibited by the Eighth
and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153,
227, 231 (1976), we would grant certiorari and vacate the death
sentences in these cases.

No. 86–1422.   RATCLIFF v. UNITED STATES, *ante*, p. 1004;
No. 86–6197.   GIPSON v. ROSENBERG ET AL., *ante*, p. 1007;

No. 86–6355.  KUBAT v. ILLINOIS, *ante*, p. 1007;
No. 86–6367.  IN RE GRAY, *ante*, p. 1003;
No. 86–6428.  MRAOVIC v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 1020; and
No. 86–6438.  MARTIN v. PEREZOUS ET AL., *ante*, p. 1021. Petitions for rehearing denied.

## MAY 27, 1987

No. A–861.  WILLIAMS v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

## MAY 29, 1987

No. 86–1688.  DAYTON-HUDSON CORP. v. ALTUS.  Ct. App. Tex., 1st Dist.  Certiorari dismissed under this Court's Rule 53.

No. 86–6955 (A–860).  TUCKER v. KEMP, WARDEN.  C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied.  Certiorari denied.  The order heretofore entered staying the execution of sentence of death until 7 p.m., May 29, 1987, will not be extended.

JUSTICE BRENNAN, with whom JUSTICE MARSHALL joins, and with whom JUSTICE BLACKMUN joins as to Part II, dissenting.

### I

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth